UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRY L. ANDERSON,

                Plaintiff,

v.                                           Case No. 17-cv-493-pp

WARDEN MALONE, JOHN DOE,
BRUCE E., CO WEISE,
CO PEKENOW, SGT ROBINSON,
and CAPTAIN BRICK,

                Defendants.

## DECISION AND ORDER DISMISSING
## PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

On April 5, 2017, the plaintiff filed a complaint under §1983, alleging that the defendants were violating his constitutional rights. Dkt. No. 1. The court screened the complaint, and found that the plaintiff's allegations were too vague and conclusory to state a claim for which a court could grant relief. Dkt. No. 10 at 4-7. The court gave the plaintiff the opportunity to file an amended complaint. The court informed the plaintiff that, if he wanted to proceed with his case, he had to file the amended complaint by April 20, 2018. The court also informed the plaintiff that, if he did *not* want to proceed with his case, he did not have to take further action. The court explained that, if it did not receive an amended complaint by the end of the day on April 20, 2018, it would conclude that the plaintiff no longer wanted to pursue his case, and it would dismiss the complaint without prejudice based on his failure to diligently prosecute it (see Civil L.R. 41(c)). Id.

1

The plaintiff did not file an amended complaint by the deadline, so the court will dismiss his complaint without prejudice. Because the court is dismissing the case *without* prejudice, the plaintiff is free to file a new complaint in the future, assuming that his claims are not barred by any statute of limitations.

The court **ORDERS** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, based on his failure to diligently pursue his case.

Dated in Milwaukee, Wisconsin, this 27th day of April, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Court Judge**